# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:05-CR-0004-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KENNETH DREW, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      Before this Court is the Report and Recommendation of United States Magistrate Judge (#49, filed May 25, 2006), entered by the Honorable Robert J. Johnston regarding Defendant's Motions to Suppress Evidence for Fourth Amendment Violation (#35). Objections (#50) were filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Government filed an Opposition (#51) thereto, and the matter was submitted for consideration.

      The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be affirmed.

1   IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#49, entered May 25, 2006) is AFFIRMED and ADOPTED, and Defendant's Motions to
3 Suppress Evidence for fourth Amendment Violation (#35) is denied
4   Dated: June 13, 2006.

```
                                        _____
                                        ROGER L. HUNT
                                        U.S. District Judge
```